UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BERNARD ANDREW WHITE,               )
                                    )
                Petitioner,         ) Case No. CV 09-1814-R(AJW)
                                    )
          v.                        )
                                    )
DERRAL G. ADAMS, et al.,            ) JUDGMENT
                                    )
                Respondents.        )
_____)

     **It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.


Dated: _May 11, 2009

_____
Manuel R. Real
United States District Judge